UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00440

**Larry Joe Williams,**
*Plaintiff,*

v.

**Gregg County Jail et al.,**
*Defendants.*

# ORDER

Plaintiff Larry Joe Williams, a former inmate proceeding pro se, filed this lawsuit against, among others, defendant Gregg County Jail pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. After defendants filed a *Martinez* Report, the magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed, with prejudice, as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 19. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, with prejudice, as frivolous and for failure to state a claim upon which relief may be granted. All motions which may be pending in this civil action are denied.

*So ordered by the court on September 14, 2021.*

J. CAMPBELL BARKER
United States District Judge